UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 16-6465-DMG (Ex) | Date | December 28, 2016 |
|---|---|---|---|
| Title | Clinton W. Ross, Jr. v. St. Jude Medical, Inc., et al. | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** IN CHAMBERS - ORDER AND NOTICE TO PARTIES

In light of Plaintiff's Notice of Voluntary Dismissal filed on December 27, 2016 [Doc. # 10], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Order to Show Cause dated December 13, 2016 is DISCHARGED. [Doc. # 9.]

IT IS SO ORDERED.